■ THE PEOPLE OF THE STATE OF NEW YORK V. FRANCISCO GRUZ.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOHN LARKIN V. BETHLEHEM STEEL COMPANY.— Motion for a stay denied, with $10 costs. The time for defendant to answer the complaint is extended for a period of 10 days from the date of entry of this order. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WALTER WISNIEWSKI V. CHAIN BIKE CORP. et al.— Motion for leave to dispense with printing denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WILLIE JOHNSON, an Infant, v. ROSE MATTUS, Individually and Doing Business under the Name of COLONY ICE CREAM Co., et al.— Motion for resettlement denied. Concur — Botein, P. J., Rabin, Valente and Stevens, JJ.

■ SADIE ZENN et al. v. J. J. ANZALONE et al. CHESTER G. BOLLENBACH et al., Appellants.— Motion to dismiss appeals granted, with $10 costs. Motion for leave to dispense with printing and for an extension of time dismissed, having become academic by virtue of the decision herein. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. CHARLES HERNANDEZ AND MANUEL RAMIREZ.— Motion by defendant-appellant, Manuel Ramirez, for an enlargement of time granted, insofar as to extend the defendant-appellant's time to serve and file the appellant's points to and including October 4, 1960. with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before October 19, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HARRY HARKAVY V. APOLLO BOTTLING Co., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ HEDY BROATMAN, an Infant, v. LEONARD BROATMAN et al.— Motion to dismiss appeal as against respondents, Willis Johnson, Jr. and Sara E. Knight, granted, with $10 costs. Motion to dismiss appeal as against respondent, Leonard Broatman, granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ LUANA ROBINSON V. GEORGE TREADWELL et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ BARBARA GORDON V. JOSEPH LIFSCHITZ.— Motion for resettlement denied, with $10 costs. Concur— Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of SOL S. H. SABOT V. CITY CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in *Matter of Sabot v. City Civ. Serv. Comm.* (11 A D 2d 927). Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.